UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                  Case No. 15-20652-12

vs.

                                  HON. GEORGE CARAM STEEH

D-12 JEFFERY ADAMS,

        Defendant.
_____/

ORDER DENYING DEFENDANTS' MOTION FOR
REVIEW OF BOND FOR CHANGED CIRCUMSTANCES [DOC. 272]

      This matter comes before the court on defendant Jeffery Adams' motion for review of bond for changed circumstances. The court previously denied defendant's motion for bond with conditions at a hearing held July 14, 2016. At that time, defendant sought to be placed in the home of his girlfriend pending trial. Now, defendant seeks to have his girlfriend's mother, Ms. Georgette Martin, appointed as a third party custodian and informs the court that she has offered to serve in such a capacity.

      The fact that the court found defendant's girlfriend to be an inadequate third party custodian sufficient to guarantee defendant's appearance in court and the safety of the community is just one among many reasons the court denied defendant's motion for pretrial release. While Ms. Martin may be a more appealing candidate for third party custodian than her daughter, the fact that she volunteered to serve in this role is insufficient to result in a different outcome.

Defendant's motion for revocation of detention order is DENIED.

IT IS SO ORDERED.

Dated: August 16, 2016

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 16, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk