UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NUMBER 15-cr-20652

-v-        HON. GEORGE CARAM STEEH

D-12 JEFFERY ADAMS,

        Defendant.
_____/

**Motion to File Under Seal Certain Exhibits to United States' Response to Defendant's Renewed Motion for Compassionate Release (ECF No. 1697)**

The United States of America, by its undersigned attorneys, respectfully requests that it be permitted to file under seal certain exhibits to its response opposing the Defendant's Motion for Compassionate Release (ECF No. 1697). These exhibits are:

    Exhibit A – Adams' BOP Public Information,
    Exhibit B – Adams' BOP Inmate Discipline Data,
    Exhibit C – Adams' BOP Pattern Score First Step Act,
    Exhibit D – Adams' BOP Inmate Request for Compassionate Release,
    Exhibit E – Adams' Compassionate Release/Reduction in Sentence Denial,
    Exhibit F – Adams' 2019 BOP Medical Records,
    Exhibit G – Adams' 2020 BOP Medical Records.

1

The government seeks to file these exhibits under seal, because of the sensitive nature of the exhibits. The exhibits contain private and confidential health and other personal information of the defendant.

                                            Respectfully submitted,

                                            MATTHEW SCHNEIDER
                                            United States Attorney

                                            s/ Rajesh Prasad
                                            Rajesh Prasad
                                            Assistant United States Attorneys
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI 48226
                                            rajesh.prasad@usdoj.gov
                                            (313) 226-0821

Dated:   January 15, 2021

## Certificate of Service

I hereby certify that on January 15, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, in addition, a copy will be mailed to the non-ECF party:

Jeffery Adams
Reg. No. 54466-039
Federal Correctional Institution
Allenwood Medium
Rt. 15, 2 Miles North of Allenwood
White Deer, PA 17810

/s/ Rajesh Prasad
Assistant United States Attorney
United States Attorney's Office
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-0821
Email: rajesh.prasad@usdoj.gov